# IN THE 1UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: GRANTLEY S. HARTLEY,<br>Debtor. | Chapter 13<br>Case No. 14-11124-BLS<br>Ref. No. 53 |

## STIPULATION RESOLVING DEBTOR'S MOTION TO FILE CLAIM AFTER CLAIMS BAR DATE AND MOTION FOR SANCTIONS FOR FAILURE TO ACCEPT POST-PETITION MORTGAGE PAYMENTS

THIS MATTER having come before the Court upon the filing of a Motion to File a Claim After Claims Bar Date and for Sanctions for Failure to Accept Post-petition Mortgage Payments (hereinafter "Motion") filed by the Debtor through his counsel, Robert I. Masten, Jr. Esquire, with respect to the Mortgage held by The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JPMorgan Chase Bank N.A. as Trustee for the benefit of the Certificateholders of Equity One ABS, Inc., Mortgage Pass-Through Certificates Series 2003-2, being serviced as to this loan by Ocwen Loan Servicing LLP (hereinafter "Ocwen") and

WHEREAS the parties to this Stipulated Order recognize the cost, inconvenience, and uncertainty associated with pursuing and defending the Motion and instead desire to settle their disputes on the terms and conditions set forth in this Stipulated Order, and .

WHEREAS Ocwen is a secured creditor of the Debtor as evidenced by a certain note (the "Note"), in the principal amount of $53,000.00, executed on February 28, 2003. The Debtor's indebtedness and obligation as evidenced by the Note is secured by a valid and perfected lien in and security interest against the real property located at and commonly known as 418 W 22nd Street, Wilmington, Delaware 19802 (the "Property"). The lien against the Property, which secures the Debtor's obligations under the Note, was granted pursuant to the certain Mortgage

dated on or about February 28, 2003 and executed and delivered by the Debtor on or about that date (the "Mortgage").

**NOW, THEREFORE**, with the foregoing Background deemed incorporated herein by this reference as if set forth at length, the parties hereto, intending to be legally bound by this Stipulated Order, and in consideration of the mutual covenant and terms contained herein, agree as follows:

1. Upon approval of this Stipulation by Order of the Court, Ocwen shall waive the delinquent post-petition payments. The principal amount being waived is $1,517.48 and accrued interest of $4,642.20 will be waived;

2. Upon approval of this Stipulation by Order of the Court, Ocwen will also waive fees and costs in the approximate amount of $9,000.00. After waiver of the above amounts, the remaining principal balance will be set at $42,831.78 upon which interest will accrue at the contract rate of 7.75%.

3. The delinquent escrow balance of $9,802.14 which will be paid through the plan.

4. Within ten (10) days of entry of the Order approving this Stipulation, the Debtor shall file a Modified Plan to provide for payment of the principal balance of $42,831.78 together with interest at 7.75% of $7,415.06 and escrow arrears of $9,802.14 for a total of $60,048.98.

5. Ocwen shall be permitted to file an Amended Proof of Claim setting forth the above referenced amounts and total of $60,048.98 within twenty days after entry of the Order approving this Stipulation.

6. Ocwen shall pay the sum of $1,500.00 within twenty (20) days of approval of this Stipulation to debtor's counsel..

Date: March 29, 2016

McCABE, WEISBERG & CONWAY, P.C.

/S/ Kristi J. Doughty

Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803


Date: 3/29, 2016

_____
Robert I. Masten, Jr., Esquire
The Law Office of Robert I. Masten, Jr.
2601 Annand Drive, Suite 11
Wilmington, DE 19808


The Trustee has read this Stipulated Order and consents to the terms thereof.

Dated: 3-30, 2016          _____
                            Michael B. Joseph


**APPROVED AND SO ORDERED** this 7th day of April, 2016.


BY THE COURT:

_____
United States Bankruptcy Judge